UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY RIFENBERY, et al.,<br>Plaintiffs,<br>v.<br>ORGANON USA, INC., et al.,<br>Defendants. | Case No. 13-cv-05463-JST<br><br>**ORDER VACATING MOTION HEARING** |

Before the Court are the parties' Motion to Stay and Motion to Remand. ECF Nos. 14 & 15. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 23, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: January 14, 2014

JON S. TIGAR
United States District Judge