MILSTEIN ADELMAN, LLP
Mark A. Milstein, State Bar No. 155513
mmilstein@milsteinadelman.com
Paul D. Stevens, State Bar No. 207107
pstevens@milsteinadelman.com
Shireen Mohsenzadegan, State Bar No. 237882
smosenzadegan@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600

KABATECK BROWN KELLNER, LLP
Brian S. Kabateck, State Bar No. 152054
bsk@kbklawyers.com
Richard L. Kellner, State Bar No. 171416
rlk@kbklawyers.com
Lina Melidonian, State Bar No. 245283
lm@kbklawyers.com
Engine Company No. 28 Building
644 South Figueroa Street
Los Angeles, CA 90017
Telephone (213) 217-5000
Attorneys for Plaintiffs

RECEIVED MAR 2014

FILED MAR 24 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY RIFENBERY; CONNIE S.A. BEASLEY; DENISE E. BRELAND; KATHERINE A. CHANDLER; LINDA E. COLEMAN; DEBBIE DAVIS; SHAWNA LEE COSEY; SARAH FONTENOT; KAYLA NICOLE HANBACK; AISLING C. MONTAGUE; CORINNA QUILLIAM; MARILYNN MARIE REMMEN; KIMBERLY L. THOMAS; and ERICA A. WARREN, <br> Plaintiffs, <br> vs. <br> ORGANON USA, INC.; ORGANON PHARMACEUTICAL USA, INC.; ORGANON INTERNATIONAL, INC., ORGANON BIOSCIENCES NV; AKZO NOBEL NV; SCHERING-PLOUGH CORPORATION, MERCK & COMPANY, INC., MCKESSON CORPORATION and DOES 1-100. <br> Defendants. | Case No. 3: 13-cv-05463-JST <br><br> [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> Hon. Jon S. Tigar <br><br> Courtroom 9, 19th Floor <br> San Francisco Courthouse |

Case No. 3:13-cv-05463 JST
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

2

In consideration of the parties' stipulation, IT IS HEREBY ORDERED that

1. The Causes of Action and Prayers for Relief asserted by Plaintiff KATHERINE A. CHANDLER, only, in the above-entitled action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure.
2. Each party will bear its own attorneys' fees and costs.
3. Each party waives the right to any appeal.

Dated: March 24, 2014

_____
Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

Case No. 3:13-cv-05463 JST
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

2